Clyde A. Thompson, SBN 72920
Rebecca S. Widen, SBN 219207
HAAPALA, THOMPSON & ABERN, LLP
1939 Harrison Street, Suite 800
Oakland, California 94612
Tel: 510-763-2324
Fax: 510-273-8570

Attorneys For Defendants
COUNTY OF SANTA CRUZ, PHIL WOWAK, and STEVE ROBBINS

***E-FILED 05-02-2011***

Haapala, Thompson & Abern LLP
Attorneys At Law
Park Plaza Building
1939 Harrison St., Suite 800
Oakland, California 94612
Telephone: 510-763-2324
Facsimile: 510-273-8570

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE

| | |
|---|---|
| ARTHUR DEANS,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF SANTA CRUZ, PHIL WOWAK, STEVE ROBBINS, and DOES 1 to 50,<br><br>Defendants. | Case No.: C11-0750 HRL<br><br>**STIPULATION AND ~~[PROPOSED]~~ ORDER TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND RELATED DATES**<br><br>**[Re: Docket No. 6]** |

Plaintiff ARTHUR DEANS, and Defendants COUNTY OF SANTA CRUZ and SHERIFF PHIL WOWAK, by and through their undersigned counsel, stipulate and agree that the deadlines set forth in the Court's 2/18/11 scheduling order (Docket #2) be continued for a period of 60 days.

The reason for the requested continuance is to allow plaintiff's counsel an opportunity to carry out his client's instruction to file a motion to withdraw as counsel, and allow plaintiff the opportunity to substitute in as a pro per plaintiff or obtain new counsel. Additionally, counsel for defendants will be out of state on a planned vacation on the date currently scheduled for the initial case management conference, 05/17/11.

//

//

//

Haapala, Thompson & Abern LLP
Attorneys At Law
Park Plaza Building
1939 Harrison St., Suite 800
Oakland, California 94612
Telephone: 510-763-2324
Facsimile: 510-273-8570

The parties stipulate and agree to the following case schedule and request an order of the Court adopting it.

6/24/11 Last day to:

- meet and confer re: initial disclosures, early settlement, ADR process selection and discovery plan;
- file ADR certification
- file either Stipulation to ADR Process or Notice of Need for ADR Phone Conference

7/8/11 Last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file case management statement per Court's Standing Order re Contents of Joint Initial Case Management Statement

7/19/11 INITIAL CASE MANAGEMENT CONFERENCE (CMC) in Courtroom 2, 5th Floor, SJ at 1:30 p.m.

IT IS SO STIPULATED.

Dated: April 25, 2011

LAW OFFICES OF S. COLIN BROWN

By: */s/ S. Colin Brown
S. Colin Brown
Attorneys For Plaintiff
*Mr. Brown provided his consent that this document be electronically filed.

Dated: April 25, 2011

HAAPALA, THOMPSON & ABERN, LLP

By: /s/ Rebecca S. Widen
Rebecca S. Widen
Attorneys For Defendants
COUNTY OF SANTA CRUZ, PHIL WOWAK, and STEVE ROBBINS[1]

**ORDER**

Pursuant to stipulation and for good cause shown, it is SO ORDERED.

Dated: May 2, 2011

Honorable Howard R. Lloyd
United States Magistrate Judge

[1] Defendant Steve Robbins has not yet been served and has not made an appearance in this case.