**United States District Court**
For the Northern District of California

*E-FILED 10-25-2011*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

ARTHUR DEANS,                                No. C11-00750 HRL

       Plaintiff,                          **ORDER DISMISSING CASE**

  v.

COUNTY OF SANTA CRUZ; PHIL WOWAK;
STEVE ROBBINS; and DOES 1 TO 50,

       Defendants.

_____/

      Defendants filed a Suggestion of Death as to plaintiff on July 12, 2011.  The court having received no notice that anyone wishes to substitute into this matter on behalf of plaintiff's estate, defendants having advised that they have also received no such notice, and the time period for any motions to substitute into this action apparently having lapsed, this action is dismissed.  Fed. R. Civ. P. 25(a)(1).  The clerk shall close the file.

      SO ORDERED.

Dated: October 25, 2011

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

1   5:11-cv-00750-HRL Notice has been electronically mailed to:

2   Clyde A. Thompson      cthompson@htalaw.com, ldobbins@htalaw.com

3   Rebecca S. Widen      rwiden@htalaw.com, ldobbins@htalaw.com

4   Counsel are responsible for distributing copies of this document to co-counsel who have not
    registered for e-filing under the court's CM/ECF program.

5

6   5:11-cv-00750-HRL Notice mailed to

7   Arthur Deans
    833 Front Street #236
8   Santa Cruz, CA 95060

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California