***E-FILED 10-25-2011***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ARTHUR DEANS, | No. C11-00750 HRL |
| Plaintiff, | **ORDER DISMISSING CASE** |
| v. | |
| COUNTY OF SANTA CRUZ; PHIL WOWAK; STEVE ROBBINS; and DOES 1 TO 50, | |
| Defendants. | |

Defendants filed a Suggestion of Death as to plaintiff on July 12, 2011. The court having received no notice that anyone wishes to substitute into this matter on behalf of plaintiff's estate, defendants having advised that they have also received no such notice, and the time period for any motions to substitute into this action apparently having lapsed, this action is dismissed. Fed. R. Civ. P. 25(a)(1). The clerk shall close the file.

SO ORDERED.

Dated: October 25, 2011

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

5:11-cv-00750-HRL Notice has been electronically mailed to:

Clyde A. Thompson    cthompson@htalaw.com, ldobbins@htalaw.com

Rebecca S. Widen    rwiden@htalaw.com, ldobbins@htalaw.com

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.

5:11-cv-00750-HRL Notice mailed to

Arthur Deans
833 Front Street #236
Santa Cruz, CA 95060